IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES D. EVANS,** : | |
|          **Plaintiff,** : | |
| : | **Civil Action** |
| v. : | **No. 22-1411** |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
|          **Defendants.** : | |
| : | |

**NOTICE OF ENTRY OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

Kindly withdraw the appearance of Jenna Jankowski as counsel for Defendants, City of Philadelphia, Commissioner Danielle Outlaw ("Commissioner Outlaw"), Commissioner Blanche Carney ("Commissioner Carney"), the Warden of the Philadelphia Detention Center, and the Warden of Curran-Fromhold Correctional Facility, in the above-captioned matter.

Date: December 14, 2022                             */s/ Jenna Jankowski*
                                                                           Jenna Jankowski
                                                                           Assistant City Solicitor
                                                                           Attorney ID: 326752

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES D. EVANS,<br>    **Plaintiff,**<br><br>  v.<br><br>CITY OF PHILADELPHIA, et al.,<br>    **Defendants.** | **Civil Action**<br>**No. 22-1411** |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Entry of Appearance has been emailed to Plaintiff at jamesdevans211@gmail.com[1] and electronically filed and is available for viewing and downloading by all parties of record.

Date: December 14, 2022    */s/ Jenna Jankowski*
                Jenna Jankowski
                Assistant City Solicitor
                Attorney ID: 326752
                City of Philadelphia Law Department
                1515 Arch Street, 14th Floor
                Philadelphia, PA 19102
                215-683-5433 (phone)
                215-683-5397 (fax)
                jenna.jankowski@phila.gov

---

[1] Plaintiff, James D. Evans has represented to the undersigned that he does not currently have a mailing address. Therefore, the foregoing Withdrawal of Appearance has been sent to Plaintiff, James D. Evans, at his known email address. The filing party will mail the instant Withdrawal of Appearance to Plaintiff upon Plaintiff providing a new mailing address.