IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES D. EVANS, : | |
|       Plaintiff, : | |
| : | Civil Action |
| v. : | No. 22-1411 |
| : | |
| CITY OF PHILADELPHIA, et al., : | |
|       Defendants. : | |
| : | |

### NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Jonah Santiago-Pagán as counsel for Defendants, City of Philadelphia, Commissioner Danielle Outlaw ("Commissioner Outlaw"), Commissioner Blanche Carney ("Commissioner Carney"), the Warden of the Philadelphia Detention Center, and the Warden of Curran-Fromhold Correctional Facility, in the above-captioned matter.

Date: December 14, 2022                    */s/ Jonah Santiago-Pagán*
                                                                                                 Jonah Santiago-Pagán

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES D. EVANS, : | |
|               Plaintiff, : | |
| : | Civil Action |
| v. : | No. 22-1411 |
| : | |
| CITY OF PHILADELPHIA, et al., : | |
|               Defendants. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing Entry of Appearance has been emailed to Plaintiff at jamesdevans211@gmail.com[1] and electronically filed and is available for viewing and downloading by all parties of record.

Date: December 14, 2022

/s/ Jonah Santiago-Pagán
Jonah Santiago-Pagán
Pa. Attorney ID No. 326442
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5428 (phone)
215-683-5397 (fax)
jonah.santiago-pagan@phila.gov

---

[1] Plaintiff, James D. Evans, has represented to the undersigned that he does not have a mailing address. Therefore, the foregoing Entry of Appearance has been sent to Plaintiff, James D. Evans, at his known email address. The filing party will mail the instant Entry of Appearance to Plaintiff upon Plaintiff providing a new mailing address.