IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES D. EVANS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1411 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 20th day of December, 2022, it is hereby ORDERED the above-captioned case shall be REMOVED from the Prisoner Civil Rights Panel because no attorney has volunteered to accept appointment. Plaintiff James D. Evans must represent himself at this time if he seeks to proceed with this case.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.