IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES D. EVANS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1411 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

AND NOW, this 20th day of December, 2022, it is ORDERED the schedule in the above-captioned matter is as follows:

- Discovery deadline is April 17, 2023;

- Plaintiff's expert report is due May 1, 2023;

- Defendants' expert report is due May 8, 2023;

- Dispositive motions are due May 22, 2023;

- Responses to dispositive motions are due June 7, 2023;

- Motions in limine are due June 22, 2023;

- Responses to motions in limine are due July 6, 2023;

- Plaintiff's pre-trial memorandum is due July 6, 2023;

- Defendants' pre-trial memorandum is due July 6, 2023;

- Joint requested points for charge, joint proposed verdict slip, and voir dire questions, as explained in the Honorable Juan R. Sánchez's on-line procedures, are due July 6, 2023;

- Final pre-trial conference shall be held on July 10, 2023, at 11:30 a.m. in Courtroom 14B;

- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;

- This matter is in the July 17, 2023, trial pool.

- Parties are referred to Judge Sánchez's operating procedures for further information: http://www.paed.uscourts.gov/documents/procedures/sanpol.pdf.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.