IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES D. EVANS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1411 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this 29th day of December, 2022, it is hereby ORDERED the parties are DIRECTED to show cause why Plaintiff James Evans' Letter dated December 27, 2022 (Document 20) should not be placed under seal by no later than January 12, 2023.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.