

|  |  |
|---|---|
|  | LAW DEPARTMENT<br>One Parkway<br>1515 Arch Street<br>Philadelphia, PA 19102-1595 |

**DIANA P. CORTES**
Philadelphia City Solicitor

**JONAH SANTIAGO-PAGÁN**
Assistant City Solicitor
Civil Rights Unit
215-683-5001
jonah.santiago-pagan@phila.gov

January 5, 2023

**VIA EMAIL**
Hon. Juan R. Sanchez, Chief Judge
U.S. District Judge for the Eastern District of Pennsylvania
14613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Chambers_of_Chief_Judge_Sanchez@paed.uscourts.gov

Re:   Evans v. City of Philadelphia, et. al, No. 22- 1411
      **Defendants' Non-Opposition to Placing ECF No. 20 Under Seal**

Dear Judge Sanchez:

I represent Defendants City of Philadelphia, Commissioner Danielle Outlaw, Commissioner Blanche Carney, the Warden of the Philadelphia Detention Center, and the Warden of Curran-Fromhold Correctional Facility ("Defendants") in the above-referenced matter.

The Defendants respectfully submit this letter in response to the Court's December 29, 2022 order directing the parties to show cause as to why Plaintiff James Evans' Letter dated December 27, 2022 (ECF No. 20) should not be placed under seal. Given that Mr. Evans' December 27, 2022 letter contains private health and medical care information, Defendants respectfully submit that Mr. Evans' submission should be placed under seal, and do not oppose its being sealed by the Court.

Respectfully submitted,

*/s/ Jonah Santiago-Pagán*
Jonah Santiago-Pagán, Esq.
Assistant City Solicitor
Counsel for Defendants

JSP/me

cc:       James D. Evans, Plaintiff *pro se* (via email jamesdevans2111@gmail.com)