JAMES D EVANS
ODAAT 2
1712 POINT BREEZE AVE
PHILADELPHIA, PA 19145



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
PHILADELPHIA, PA 19106-9865

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

NIXIE  171  EE  1  2201/08/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD