IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES D. EVANS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1411 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

**ORDER**

AND NOW, this 8th day of May, 2023, it is hereby ORDERED Plaintiff James D. Evans shall, by June 7, 2023, show cause why his claims should not be dismissed with prejudice for failure to meet this Court's prior scheduling order and respond to discovery.

It is FURTHER ORDERED Defendants' Motion to Extend Case Deadlines (ECF No. 25) is DENIED as premature without prejudice.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.