IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES D. EVANS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-1411 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 7th day of July, 2023, pro se Plaintiff James D. Evans having failed to prosecute this case or respond to a show cause order, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED the above-captioned case is dismissed without prejudice pursuant to Federal Rules of Civil Procedure 16(f)(1) and 41(b).

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.